**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

RONALD ROOT,

Plaintiff,

v.

JOSHUA MATHERNE AND SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC, A LIMITED LIABILITY COMPANY
REGISTERED IN THE STATE OF DELAWARE AND
DOING BUSINESS IN THE STATE OF COLORADO
Defendants.

---

## NOTICE OF REMOVAL

Please take notice that Defendant Swift Transportation Co. Of Arizona, LLC [hereafter "Defendant Swift" or "Defendant"], pursuant to 28 U.S.C. § 1332, et seq., 28 U.S.C. § 1441, et seq., and 28 U.S.C. § 1446, et seq., hereby files its Notice of Removal of this action from the District Court, Arapahoe County, State of Colorado, Case No. 2020CV31563, to the United States District Court for the District of Colorado.  The grounds for this removal are that there is complete diversity of citizenship among the parties and the amount alleged to be in controversy exceeds $75,000.

### BACKGROUND

1.     The present State Court Action was initiated by the Plaintiff on August 8, 2020. Plaintiff's Complaint and Jury Demand is attached hereto as **Exhibit A** ("Complaint"). Defendant Swift was served with the Complaint on September 9, 2020.

2.      A copy of the Summons to Defendant Swift and the Civil Cover Sheet served with the Complaint are attached as **Exhibits B and C**.

3.      A copy of the return of service for Defendant Swift is attached as **Exhibit D**.  A copy of the Answer by Defendant Swift is attached as **Exhibit E**.

4.      Thirty days have not passed since Plaintiff served the Complaint in the State Court Action on Defendant Swift.  Thus, pursuant to 28 U.S.C. § 1446, the removal is timely.

5.      **Defendant Matherne has not been served at this time**.

6.      The Delay Reduction Order and Dispositive Motions Order from the State Court action are attached as **Exhibit F**.

**DIVERSITY OF CITIZENSHIP**

7.      Plaintiff, Ronald Root [hereafter "Plaintiff Root" or "Plaintiff"], is a citizen of the State of Missouri, with a street address of 177 County Rd 4881, Poplar Bluff, MO 63901, and is over the age of 18 years.

8.      Upon information and belief, Plaintiffs is not a citizen of the states of Louisiana or Arizona.

9.      Defendant Swift Transportation Co. Of Arizona, LLC is registered limited liability company under the laws of the State of Arizona with its principal place of business and domicile in the State of Arizona.  It is not incorporated in nor does it have its principal place of business in Colorado.

10.     Each member of Defendant Swift is a citizen of the state of Arizona.

11.     Upon information and belief Defendant Joshua Matherne [hereafter "Defendant Matherne" or "Defendant"] is a citizen of the State of Louisiana, with a street address of 604 Sycamore St., Thibodaux, LA70301, and is over the age of 18 years.

12.     Citizenship of a limited liability company is determined by the citizenship of all of its members. *See Siloam Springs Hotel, LLC v. Century Sur. Co.*, 781 F.3d 1233, 1237-38 (10th Cir. 2015) ("[I]n determining the citizenship of an unincorporated association for purposes of diversity, federal courts must include all the entities' members.").

13.     Thus, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(c)(1).

## JURISDICTION IS PROPER IN THIS COURT

14.     The Court has subject matter jurisdiction over this dispute under 28 U.S.C.§ 1332 because the dispute arises between citizens of different states and the amount alleged to be in controversy exceeds $75,000.

15.     Specifically, Plaintiff alleges in the Civil Cover Sheet filed with the Complaint that the amount sought is greater than $100,000. **Ex. C, p 2**. The civil cover sheet filed in the state court action establishes that the amount in controversy exceeds $75,000.  *Paros Properties, LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016) (Colorado state court civil cover sheet indicating amount sought is greater than $100,000 suffices to put the defendant on notice that the amount in controversy exceeds $75,000 for purposes of 28 U.S.C. § 1446).

16.     The U.S. District Court for Colorado embraces the geographic region where the State Court Action is pending.  Pursuant to Local Rule 81.1, Defendants attach a current docket

sheet from the state court proceeding as **Exhibit G**.  There are no pending motions or upcoming hearing dates set in the state action that is being removed.

17.  Accordingly, Defendant has demonstrated by a preponderance of the evidence that it is entitled to remove this action pursuant to 28 U.S.C. § 1446(a). *See, McPhail v. Deere & Co.*, 529 F.3d 947, 953 (10th Cir. 2008).

WHEREFORE, Defendant Swift Transportation Co. Of Arizona, LLC hereby removes the above captioned case from the State of Colorado, Arapahoe County District Court, to the U.S. District Court for the District of Colorado as provided by law and will proceed with his action as if it had originally been commenced in this Court.

Dated this 7th day of October, 2020.

Respectfully submitted,

s/*Jamey W. Jamison*

Jamey W. Jamison
Andrew J. Carafelli, #25071
Dino G. Moncecchi
HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112
Phone:   720-875-9140
Fax:        720-875-9141
jjamison@hkjp.com
acarafelli@hkjp.com
dmoncecchi@hkjp.com
ATTORNEYS FOR SWIFT

## **CERTIFICATE OF SERVICE**

I certify that on October 7, 2020, a true and correct copy of the foregoing NOTICE OF REMOVAL was Method Served by addressed to the following:

Robert F. James #20587
DARRELL S. ELLIOTT, P.C.
1600 Pennsylvania Street
Denver, Colorado 80203
Telephone: 303-863-1600
Facsimile: 303-863-1234
robert@darrellselliott.com

*Original signature on file at office of*
*Harris, Karstaedt, Jamison & Powers, P.C.*

/s/ Lorie A. Gettman